McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RENDON,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO. 2:05-CV-01665-PAN<br><br>STIPULATION AND [proposed]<br>ORDER RE REDACTION OF THE<br>ADMINISTRATIVE TRANSCRIPT |

The parties to the above-captioned action, by and through the undersigned counsel, with the approval of the Court, hereby stipulate that the administrative transcript certified October 18, 2005 contains a confidential extra-party record at page 239.  Accordingly, the parties further stipulate that Defendant shall redact said page by removing it from the administrative transcript prior to the serving and filing of said transcript.

The parties further stipulate that any review copies of the record found at page 239, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: December 22, 2005

/s/ Jesse S. Kaplan
JESSE S. KAPLAN

Attorney for Plaintiff

DATED: December 22, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
SARAH RYAN
Assistant Regional Counsel
U. S. Social Security Administration

_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED:   January 4, 2006.**         /s/ Peter A. Nowinski
**PETER A. NOWINSKI**
**UNITED STATES MAGISTRATE JUDGE**