McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:   (916) 554-2900
SARAH L. RYAN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:   (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RENDON,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-01665-PAN (JFM)<br><br>STIPULATION AND [~~proposed~~] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MAY 15, 2006 |

     IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of May 1, 2006, by two weeks, to the new response date of May 15, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because of work conflicts in the briefing schedule of Defendant's counsel.

Stip.& Order Ext. Def.'s Time - 2:05-01665          **1**

1  This is the first extension requested re Defendant's
2 response to Plaintiff's motion for summary judgment.
3  The parties further stipulate that counsel for Plaintiff
4 will provide a facsimile of this stipulation bearing counsel's
5 signature for retention in Defendant's case file, and hereby
6 authorizes counsel for Defendant to file this document in .pdf
7 format under the latter's Electronic Case Filing password,
8 pursuant to Local Rule 7-131.

```
DATED: April 27, 2006       By:    /s/ Jesse S. Kaplan
                                 JESSE S. KAPLAN
                                 Attorney at Law

                                 Attorney for Plaintiff


DATED: May 28, 2006         McGREGOR W. SCOTT
                                 United States Attorney
                                 BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney


                            By:    /s/ Bobbie J. Montoya for
                                 SARAH L. RYAN
                                 Special Assistant U. S. Attorney

                                 Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION


                                  ORDER

    APPROVED AND SO ORDERED.

DATED: May 2, 2006.
                              /s/John F. Moulds

Stip.& Order Ext. Def.'s Time - 2:05-01665       **2**

Stip.& Order Ext. Def.'s Time - 2:05-01665     **3**